**E.I. DUPONT DE NEMOURS & COMPANY, Hoechst Celanese Corporation and ICI Americas Inc., Plaintiffs,**

**v.**

**UNITED STATES, Defendant,**

SKC Limited and SKC America, Inc.; Cheil Synthetics, Inc. and Samsung America, Inc; STC Corporation, STC of America, Inc. and American Tape Company; Kolon Industries, Inc., Defendant–Intervenors.

Slip Op. 98–158
No. 95–09–01216.

United States Court of International Trade.

Nov. 23, 1998.

**JUDGMENT**

TSOUCALAS, Senior Judge.

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's (Commerce) *Final Results of Redetermination Pursuant to Court Remand, E.I DuPont de Nemours & Company v. United States, Slip Op. 98–35, March 26, 1998, Court No. 95–09–01216* ("Remand Results"), filed June 26, 1998, and upon finding that Commerce complied with the Court's remand, hereby

ORDERS that the Remand Results are affirmed in their entirety; and further

ORDERS that, no comments to the Remand Results having been received and all other issues having been decided, this case is dismissed.